IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1670-BO-KS

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BILL NELSON, JIM BRIENSTEIN, and ) | |
| CHRISTINE PAULSEN, ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiff's failure to pay the filing fee. *See* [DE 6]. As plaintiff has failed to pay the requisite filing fee, and *in forma pauperis* status has been denied, the clerk is DIRECTED to close this case.

SO ORDERED, this __4__ day of April 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE