UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS A. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BILL NELSON, JIM BRIENSTEIN, and | ) | 7:23-CV-11670-BO-KS |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff's failure to pay the filing fee.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff has failed to pay the requisite filing fee, and *in forma pauperis* status has been denied, the clerk is DIRECTED to close this case.

This case is closed.

**This judgment filed and entered on April 7, 2025, and served on:**
Carlos A. Alford (via CM/ECF Notice of Electronic Filing)

April 7, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk